**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

AGIS SOFTWARE DEVELOPMENT LLC,

              Plaintiff,

     v.

GOOGLE LLC,

              Defendant.

Case No.  22-cv-04826-BLF

**ORDER SETTING CASE MANAGEMENT CONFERENCE WEDNESDAY, MARCH 1, 2023, AT 11:00 A.M.**

The Court hereby SETS a case management conference in this matter for **Wednesday, March 1, 2023, at 11:00 a.m.**

    **IT IS SO ORDERED.**

Dated:  January 23, 2023

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California